IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENISE MARIE REYNOLDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:12-cv-1101-MEF-TFM |
| OCEAN BIO CHEM/KINPAK, INC., | ) (WO) ) |
| Defendant. | ) ) ) ) |

**OPINION and ORDER**

On January 9, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. #37). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation be and is hereby ADOPTED;

2. The defendant's Motion for Summary Judgment (Doc. #26) be and is hereby GRANTED; and

3. This case be and is hereby DISMISSED with prejudice.

DONE this the 5th day of February, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE